1  WILLIAM G. GAEDE, III (136184)
   wgaede@mwe.com
2  PETER P. CHEN (111426)
   pchen@mwe.com
3  JENNIFER D. OLSON (235196)
   jeolson@mwe.com
4  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
5  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  Attorneys for Plaintiff
   TERCICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERCICA, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSMED INC., a Virginia Corporation,<br><br>　　　　　Defendant. | No. C-05-5027 SBA<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND ADR DEADLINE**<br><br>Honorable Saundra B. Armstrong |

The Court has reviewed the parties' joint motion to extend the date for completion of ADR proceedings.

GOOD CAUSE APPEARING THEREFOR, the motion is hereby granted, and the deadline for the parties to complete the court-ordered mediation is hereby extended through October 18, 2006.

DATED: 5/25/06

　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　Honorable Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　United States District Judge

MPK 108972-1.073241.0012